**Order entered April 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01540-CV

### STEVEN V. TIPPS, Appellant

### V.

### PURPLE TREE, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

## ORDER

Before the Court is appellant's April 3, 2019 motion to extend time to file his opening brief. The extension is sought because a motion appellant filed March 28, 2019 complaining of the reporter's record remains pending.

We **GRANT** the motion to the extent we **SUSPEND** the briefing deadline pending the Court's determination of the pending motion concerning the reporter's record. The briefing deadline will be reset once the issue of the reporter's record is resolved.

/s/ BILL WHITEHILL
   JUSTICE